```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13741
    AL ROSS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4004


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/25/2006 and was confirmed 01/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/17/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED             10000.00            .00      1575.00
MTGLQ INVESTORS LP         CURRENT MORTG            .00            .00          .00
MTGLQ INVESTORS LP         MORTGAGE ARRE           .00            .00          .00
WASHINGTON MUTUAL          CURRENT MORTG            .00            .00          .00
WASHINGTON MUTUAL          MORTGAGE ARRE       1012.00            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED            236.15            .00          .00
CRED PROTECTION ASSOCIAT   UNSECURED          NOT FILED            .00          .00
DEPENDON COLLECTION SE     UNSECURED          NOT FILED            .00          .00
NCO MEDCLR                 UNSECURED          NOT FILED            .00          .00
NICOR GAS                  UNSECURED          NOT FILED            .00          .00
RMI/MCSI                   UNSECURED          NOT FILED            .00          .00
RMI/MCSI                   UNSECURED            500.00            .00          .00
SOCIAL SECURITY            UNSECURED          NOT FILED            .00          .00
SUPERIOR MANAGEMENT        UNSECURED          NOT FILED            .00          .00
MTGLQ INVESTOR LP          NOTICE ONLY        NOT FILED            .00          .00
WASHINGTON MUTUAL          CURRENT MORTG            .00            .00          .00
WASHINGTON MUTUAL          SECURED NOT I      3853.35            .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED                .00            .00          .00
ILLINOIS DEPT OF REVENUE   UNSECURED             13.05            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY            201.41            .00          .00
COOK COUNTY TREASURER      SECURED                 .00            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,450.00                       1,610.77
TOM VAUGHN                 TRUSTEE                                            204.23
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,390.00

PRIORITY                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13741 AL ROSS
```

```
SECURED                                                        1,575.00
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,610.77
TRUSTEE COMPENSATION                                             204.23
DEBTOR REFUND                                                       .00
                                      ----------------   ----------------
TOTALS                                        3,390.00           3,390.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
    Dated: 12/27/07         _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```